UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-11755-RGS

ESTATE OF DENIS REYNOSO, et al.

v.

LYNN POLICE DEPARTMENT, et al.

ORDER OF DISMISSAL

December 7, 2016

STEARNS, D.J.

In a memorandum and order dated September 21, 2016 (ECF No. 5), the Court ordered the plaintiffs to pay the filing fee within 60 days. The Court also ordered that, within 60 days, the plaintiffs (1) obtain counsel and ensure that counsel enters an appearance on behalf; *or* (2) show good cause why counsel had not entered an appearance on their behalf. The Court warned the plaintiffs that failure to comply with the directive would result in dismissal of the action.

The deadline for complying with the Court's September 21, 2016 order has expired without any response from the plaintiffs directly or their counsel.

2

Accordingly, this action is dismissed without prejudice for failure to comply with the Court's order and for the other reasons set forth in the September 21, 2016 memorandum and order.

**SO ORDERED.**

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE